JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID JAMES CARTER,<br><br>Petitioner,<br><br>v.<br><br>LEANNA LUNDY,<br><br>Respondent. | Case No. EDCV 24-2030 SB (PVC)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Date: February 24, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge